170 So.2d 867

**STATE of Louisiana, through the DEPART-
MENT OF HIGHWAYS,**

**v.**

**Irene Fontane BADDOCK et al.**

**No. 47607.**

**Feb. 5, 1965.**

In re: State of Louisiana, through the Department of Highways, applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 170 So.2d 5.

Writ refused. On the facts found by the Court of Appeal the result is correct.

SANDERS, J., is of the opinion that a writ should be granted to clarify the law applicable to this case, particularly the interpretations of LSA–R.S. 48:456, and to apply the law to the evidence.

170 So.2d 868

**Celestine HUDSON**

**v.**

**Joseph B. ARCENEAUX et al.**

**No. 47603.**

**Feb. 5, 1965.**

In re: Celestine Hudson, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 169 So.2d 731.

The application is denied. There appears no error of law in the judgment complained of.

170 So.2d 868

**Noah RICHARDSON**

**v.**

**J. E. WRIGHT, The Fidelity & Casualty Ins.
Co. of N. Y., State Farm Mutual
Automobile Ins. Co.**

**No. 47611.**

**Feb. 5, 1965.**

In re: Noah Richardson, applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Tangipahoa. 170 So.2d 717.

Not considered. There was no application for rehearing from the judgment of the Court of Appeal and the judgment of the Court of Appeal became final prior to the lodging of the application in this court.